AMERICAN PROTECTIVE TARIFF LEAGUE, Appellant, v. BARBER, Respondent. (No. 5808.) (Supreme Court, Appellate Division, First Department. May 8, 1914.) Appeal from Special Term, New York County. Action by the American Protective Tariff League against Ohio C. Barber. From an order directing it to serve reply, plaintiff appeals. Modified and affirmed. George W. Carr, of New York City, for appellant. Robert G. Starr, of New York City, for respondent.

PER CURIAM. The order should be modified, by inserting a provision that the service of the reply shall not affect the date of issue or the position of the cause on the calendar, and, as so modified, affirmed, with $10 costs and disbursements to the respondent.

ANGRISANI, Respondent, v. CANTONI, Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Antonio Angrisani against Andrew S. Cantoni. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

ANTHONY & JONES CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by the Anthony & Jones Company against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

ANZALDO, Respondent, v. RINI, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Michael Anzaldo against Mariantonia Rini. No opinion. Orders affirmed, with $10 costs and disbursements.

ARMSTED, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Charles A. Armsted against Emery A. Robinson. No opinion. Order reversed, with $10 costs and disbursements, and case remitted to the County Court to pass upon the appeal, upon the authority of Sperry v. Reynolds, 65 N. Y. 179.

ARMSTRONG v. ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Laura Armstrong, as administratrix, etc., against the Erie Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

BABLOVE et al. v. ALPERN. (No. 5679.) (Supreme Court, Appellate Division, First Department. April 24, 1914.) Appeal from Trial Term, New York County. Action by Louis I. Bablove and another against Julius Alpern.

From a judgment for defendant, and an order denying a new trial, plaintiffs appeal. Judgment and order reversed, and new trial ordered. George Ryall, of New York City, for appellants. Edward W. Drucker, of New York City, for respondent.

PER CURIAM. The verdict is so clearly against the weight of the evidence that we cannot permit it to stand. The judgment and order should be reversed, and a new trial ordered, with costs to appellants to abide the event.

In re BAKER. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) In the matter of the application of Frank C. Baker to have his name stricken from the roll of attorneys of this court. No opinion. Application granted.

BAKER, Respondent, v. WILSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Thomas S. Baker against Harley P. Wilson, impleaded with others. A. L. Davis, of New York City, for appellant. H. J. Roig, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

BAKER, Respondent, v. YOAKUM, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Thomas S. Baker against Benjamin F. Yoakum, impleaded with others. E. P. Foster, of New York City, for appellant. H. J. Roig, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

BARCALO MFG. CO., Respondent, v. MALDONADO & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914). Action by the Barcalo Manufacturing Company against Maldonado & Co. No opinion. Judgment affirmed, with costs. See, also, 143 App. Div. 920, 127 N. Y. Supp. 1110.

BARNES et al., Appellants, v. MIDLAND R. TERMINAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1914.) Action by Sarah H. Barnes and others against the Midland Railroad Terminal Company. No opinion. Motion granted. Order resettled and signed. See, also, 146 N. Y. Supp. 1033.

BARNETT, Respondent, v. OTTO HUBER BREWERY, Appellant. (Supreme Court, Appellate Division, Second Department. May 25. 1914.) Action by Truman D. Barnett against